964

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted February 23, 2015; decided April 2, 2015

Motions for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motions for poor person relief dismissed as academic.

UNION-ENDICOTT CENTRAL SCHOOL DISTRICT et al., Appellants, v JOANNE PETERS, Respondent. (Action No. 1.)

In the Matter of the Arbitration between UNION-ENDICOTT CENTRAL SCHOOL DISTRICT, Appellant, and ENDICOTT TEACHERS' ASSOCIATION, on Behalf of JOANNE PETERS, Respondent. (Proceeding No. 1.)

In the Matter of UNION-ENDICOTT CENTRAL SCHOOL DISTRICT, Appellant, v ENDICOTT TEACHERS' ASSOCIATION et al., Respondents. (Proceeding No. 2.)

Submitted February 17, 2015; decided April 2, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as modified Supreme Court's order by confirming the arbitration award and, as so modified, affirmed so much of Supreme Court's order denying the petition to vacate or modify the arbitration award, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

Judge STEIN taking no part.